■ CAR-VEL REALTY CORP., Respondent, v. ARNOLD GINSBURG, Appellant, et al., Defendants.— In a consolidated action (1) to foreclose a second mortgage, and (2) to recover for work, labor and services, the appeal is from an

order denying appellant's motion to dismiss the complaint for failure to prosecute on condition that respondent notice the case for the next available Special Term. Order affirmed, with $10 costs and disbursements. The record contains sufficient evidence of appellant's acquiescence in the delay to justify the disposition below as a valid exercise of the court's discretion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.